In the Matter of BIAGIO BATTAGLIA, Respondent, against FERDINAND Q. MORTON et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.

Submitted June 2, 1949; decided July 19, 1949.

*John P. McGrath, Corporation Counsel (Robert E. Hugh* and *Seymour B. Quel* of counsel), for appellants.

*George Langberg* for respondent.

Orders affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: BROMLEY, J.